UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIRK DAVID BLUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-24-1045-R |
| ) | |
| ANDREA UZUEGBUNEM, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Kirk David Blue, a prisoner proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Andrea Uzuegbunem, Jennifer Blais, Dana Crawford, and Erin Gibson. The matter was referred to United States Magistrate Judge Suzanne Mitchell in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Judge Mitchell issued a Report and Recommendation [Doc. No. 9] recommending dismissal of the case without prejudice to refiling for failure to state a claim.

Plaintiff submitted a letter to the Court reading: "I want to file an objection to this Report and Recommendation with the Court Clerk before Dec-18-2024[]" [Doc. No. 10]. The Court construes this letter as Plaintiff's objection to the Report and Recommendation. However, the objection presents no persuasive argument or authority that would cause this Court to reject Judge Mitchell's conclusion that Plaintiff failed to state a claim.

The Court has reviewed the entirety of the Report and Recommendation, as well as the case record, and fully concurs with the Report and Recommendation. Therefore, the

Court, having conducted a *de novo* review, hereby ADOPTS the Report and Recommendation in its entirety. Plaintiff's claims are DISMISSED without prejudice.

IT IS SO ORDERED this 31st day of December, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE